In re Robert D. LINEBACK, Debtor.

Michael T. Tabor, Chapter 7 Trustee, Plaintiff–Appellee,

v.

Robert D. Lineback and Carolyn Blackwell, Defendants–Appellants.

BAP No. 14–8011.

United States Bankruptcy Appellate Panel of the Sixth Circuit.

Decided and Filed: Aug. 29, 2014.

**ON BRIEF:** Benjamin S. Dempsey, Dempsey Law Office, Huntingdon, TN, for Appellants. Stephen L. Hughes, Milan, TN, for Appellee.

Before: HARRISON, HUMPHREY, and OPPERMAN, Bankruptcy Appellate Panel Judges.

### OPINION

DANIEL S. OPPERMAN, Bankruptcy Judge.

The issue on appeal before the Panel is whether the bankruptcy court erred in avoiding the transfer of real property to Carolyn Blackwell pursuant to 11 U.S.C. § 548 and ordering recovery of transferred property from Carolyn Blackwell pursuant to 11 U.S.C. § 550 and in denying Carolyn Blackwell a claim pursuant to 11 U.S.C. § 550(e). After reviewing the

record, the parties' briefs, and applicable law, the Panel concludes that the bankruptcy court did not err. Accordingly, for the reasons stated in the bankruptcy court's thorough and well-reasoned opinions entered on December 17, 2013, *Tabor v. Lineback, (In re Lineback)*, Ch. 7 Case No. 12–11369, Adv. No. 12–5154 (Bankr. W.D.Tenn.2013) ECF No. 48, and February 6, 2014, *Tabor v. Lineback, (In re Lineback)*, Ch. 7 Case No. 12–11369, Adv. No. 12–5154 (Bankr.W.D.Tenn. 2013) ECF No. 59, we affirm.